# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN SISOLAK and KEVIN BOLCH, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | Civil Action No. 3:18-cv-11821 |

### NOTICE OF FORD MOTOR COMPANY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

**PLEASE NOTE** that on January 7, 2018, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant, Ford Motor Company ("Ford"), shall apply to the United States District Court for the District of New Jersey, located in the Clarkson S. Fisher Building & U.S. Courthouse at 402 East State Street in Trenton, New Jersey, for an Order entered pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice Count I of the Amended Complaint; and

**PLEASE NOTE FURTHER** that Ford will rely on the attached Brief in Support; and

**PLEASE NOTE FURTHER** that a proposed form of Order is attached hereto; and

**PLEASE NOTE FURTHER** that Oral Argument is requested.

2

Respectfully Submitted By:

Dated: December 11, 2018   **DLA Piper LLP (US)**

 /s/ *Justin Kerner*
Justin Kerner
*justin.kerner@dlapiper.com*
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103-7300
Phone:  (215) 656-3300
Fax:     (215) 656-3301

*Of Counsel:*
Joel A. Dewey
*joel.dewey@dlapiper.com*
Jeffrey M. Yeatman
*jeffrey.yeatman@dlapiper.com*
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
Phone:  (410) 580-3000
Fax:     (410) 580-3001

*Attorneys for Defendant,*
*Ford Motor Company*