UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

JOHN SISOLAK and KEVIN BOLCH, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

---

Case No. 18-cv-11821-MAS-TJB

Civil Action

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action through their undersigned counsel that, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the Complaint in the above-captioned action and all claims alleged therein against Defendant, FORD MOTOR COMPANY, be dismissed with prejudice, with each Party to bear their own fees and costs.

Dated: January 2, 2020

_____
Shelly A. Leonard
Steven Bennett Blau
Blau, Leonard Law Group, LLC
23 Green Street, Suite 303
Huntington, NY 11743
(631)458-1010
*Attorneys for Plaintiffs*

s/ Joel A. Dewey
_____
Joel A. Dewey
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
(410)580-3000
*Attorneys for Defendant*

So Ordered this 6th day of January, 2020

_____
Hon. Michael Shipp, USDJ